379 A.2d 622

Haradin v. Reid et ux. (et al., Appellant).

Haradin v. Reid et ux., Appellants, et al.

Argued November 15, 1976. Thomas H. Welsh, with him Metz, Cook, Hanna & Kelly, for appellant at No. 687; Edmund W. Ridall, Jr., with him McCann, Garland, Ridall & Burke, for appellants at No. 688; Thomas M. Mulroy, with him Albert G. Feczko, for appellee.

Judgment affirmed.

HOFFMAN, J., would quash.

WATKINS, P. J., did not participate in the consideration or decision of this case.